UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL CARR,<br><br>            Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.  1:24-cv-00579-HBK<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SCHEDULING ORDER<br><br>(Doc. No.  2) |

Pending before the Court is Plaintiff's motion to proceed *in forma pauperis* under 28 U.S.C. § 1915 in this Social Security appeal.  (Doc. No. 2).  Plaintiff's declarations in the motion satisfies the requirements under § 1915.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

2. The Clerk is directed to issue the Scheduling Order and summons.  Service shall proceed under the Court's E-Service program set forth in the Scheduling Order.

Dated:   July 3, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE